IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARIA BOLANOS

    Plaintiff(s)

vs.                                          Civil Action No.  JFM-10-7243

ARROW FINANCIAL SERVICE, LLC

    Defendant(s)

\*\*\*\*\*\*

## ORDER

The Court having been advised by counsel that this case is settled, it is, this 9th day of March 2011

ORDERED that this case be closed, subject to being reopened upon notice by either party on or before April 1, 2011 in the event that the settlement is not consummated.

/s/
J. Frederick Motz
United States District Judge